IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC BEREUTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV327 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion for extension of time to file Rule 26 report (Filing No. 12). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion is granted; the parties shall have until December 29, 2010, to file their Rule 26 report.

      DATED this 14th day of October, 2010.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court